UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT ANTHONY BROWN,    )<br>                                                 )<br>        Petitioner,                       )<br>                                                 )           CIVIL ACTION NO.<br>VS.                                            )<br>                                                 )           3:05-CV-0368-G<br>DOUGLAS DRETKE, Director, Texas )<br>Department of Criminal Justice,    )<br>Correctional Institutions Division,  )<br>                                                 )<br>        Respondent.                      ) | |

## FINDINGS OF THE COURT

After reviewing the petitioner's objections to the findings and recommendation ("Findings") of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings to which objections have been made, I am of the opinion that the Findings of the magistrate judge are correct and they are hereby accepted as the Findings of the court.

It is therefore **ORDERED** that the findings, conclusions and recommendation of the United States Magistrate Judge are **ADOPTED**.

June 30, 2005.

_____
A. JOE FISH
CHIEF JUDGE